384 A.2d 982

Commonwealth, Appellant, v. Beck.

Argued November 23, 1977. John Lee Brown, Jr., Assistant District Attorney, and Joseph S. Walko, District Attorney, submitted a brief for Commonwealth, appellant; James C. Tosh, with him Reed, Luce, Good, Tosh & Kunselman, for appellee.

Order affirmed.